

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**TAWANA C. MARSHALL, CLERK**
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 9, 2015**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| RICHARD EUGENE KESSLER, JR. and § | CASE NO. 09-60247-RLJ-13 |
| VIRGINIA MAE KESSLER, § | |
| § | |
| DEBTORS. § | |

## ORDER

In accordance with the Memorandum Opinion entered on this date, it is hereby

ORDERED that the debtors' request for entry of a discharge under 11 U.S.C. § 1328 is denied.

### End of Order ###